## BEAUSOLIEL v. BROWN.

In an action for damages arising *ex delicto*, the single fact that the defendant was acquitted in a crimi-
nal prosecution for the offence, notwithstanding the plaintiff gave his testimony against him, unsup-
ported by any other evidence of justification, cannot benefit the defendant where there is other
evidence sufficient to support the demand for damages.

APPEAL from the District Court of the Parish of Natchitoches, *Chaplin*, J.
Levy & Tucker, for plaintiff.   J. B. Smith, for defendant and appellant.

. VOORHIES, J.   The defendant, *W. J. Brown*, appeals from a judgment of $500,
rendered, in conformity with the finding of the jury in favor of the plaintiff *George
Beausoliel.*

This is a suit for damages arising *ex delicto*. . The defendant inflicted upon the
plaintiff's person, with a revolver, two wounds,—one in the arm, and the other in
the breast; and, aside from the question of self-defence, the damages awarded by
the jury, are commensurate with the injury.   It does not appear, however, that
*Brown* acted in self-defence : indeed, the utmost that is contended for, on his
behalf, is that he and *Beausoliel* came to blows simultaneously, after having had
some wrangling a few moments previous.   But even then, it does not appear from
the record whether any blow was aimed at, or given by the plaintiff, to the de-
fendant; nor is it made certain that *Beausoliel* endeavored to use his stick, further
than that he raised it at the time he was shot at by the defendant.

It is true that *Brown*, upon being tried for the criminal offence, was acquitted,
although *Beausoliel* had given his testimony. · This is not conclusive in the prem-
ises, and does not justify us in disturbing the finding of the jury in the civil cause,
when they are borne out by the evidence in the record.

It is, therefore, ordered and decreed that the judgment of the District Court be
affirmed with costs.